UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BILLIE JO CHAVEZ,

    Defendant.
_____/

Case No. 1:09:CR:366

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed February 8, 2010, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Billie Jo Chavez's pleas of guilty to Counts 1 and 8 of the Indictment are accepted. Defendant Billie Jo Chavez is adjudicated guilty.

3. Defendant Billie Jo Chavez shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: March 12, 2010                                                       /s/ Gordon J. Quist
                                                                             GORDON J. QUIST
                                                                 UNITED STATES DISTRICT JUDGE