UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                            Case No. 1:09-CR-366

v.                                           Hon. Gordon J. Quist

BILLIE JOE CHAVEZ,

       Defendant.
_____/

**ORDER DENYING MOTION FOR NEW
COURT-APPOINTED COUNSEL**

Pending before the court is defendant's *pro se* motion for new court-appointed counsel (docket no. 35). For the reasons more fully stated on the record at the hearing held this date, the motion is **DENIED.**

      **IT IS SO ORDERED.**


Dated: May 4, 2010                                    /s/ Hugh W. Brenneman, Jr.
                                                       HUGH W. BRENNEMAN, JR.
                                                       United States Magistrate Judge